UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Vang,<br><br>    Plaintiff,<br><br> v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:24-cv-01292-KES-GSA<br><br>**ORDER GRANTING BRIEFING EXTENSION** |

As stipulated, Plaintiff's motion for summary judgment deadline is extended thirty (30) days from February 20, 2025, up to and including March 24, 2025.

IT IS SO ORDERED.

Dated: **February 12, 2025**      /s/ **Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE