MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: 510-970-4864
     Facsimile: (415) 744-0134
     E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEVEN VANG, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:24-cv-01292-KES-GSA <br><br> STIPULATION FOR A SECOND EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment be extended four (4) days from March 24, 2025, up to and including March 28, 2025. This is the parties' second stipulation for an extension of the Court's Scheduling Order, and Defendant's second extension.

    Defendant's request is made with good cause. Undersigned counsel for Defendant has been out ill this week and must accompany her elderly father to last-minute medical appointments over the next week, including on March 13, 14, and 19, 2025. Moreover, counsel has other litigation deadlines due in the next two weeks. Thus, Defendant requires an extension

in this case, and may require extensions in other cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  March 12, 2025        */s/  Jonathan Omar Pena*\*
                             JONATHAN OMAR PENA
                             Attorney for Plaintiff
                             *\*as authorized via e-mail on March 12, 2025*

Dated: March 12, 2025         MICHELE BECKWITH
                             Acting United States Attorney

                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation, Office 7
                             Social Security Administration

                    By:      /s/  Mary Tsai
                             MARY TSAI
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 28, 2025 to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **March 12, 2025**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE